Date: 9-5-23

1

From: Riverside Rentals
225 Gibbs Street
Rochester NY, 14605

6:22-cv-06440

To: Theresa Krenzer/Keenan Fisher

Your monthly payment for address _____ Is now over 15 days past due. Should we not receive full payment of $ 760 before your next months is due, we will be forced to start the eviction process, which will only add legal and court costs to the amount you owed. If you have sent your payment, please disregard this letter.

Should you have any questions or concerns please e-mail us at the address below

Jpreston@Bluedoor104.com

Your Bill is overdue -
Please pay your payment as soon as possible. We have been trying to call you.
Joyce Preston
585-441-9728

Thank you

Riverside Rentals

Things have not improved financially. I dont know what else to provide; this $402 is an undue hardship.