UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KEENAN FISHER**<br><br>Plaintiff,<br><br>v.<br>**INVESTIGATOR CHRISTOPHER BONHAM,**<br>**JUSTI PRUSAK, RICHARD CANINO AND**<br>**MICHAEL S. TURTON**<br><br>**Defendants.** | **DECLARATION**<br><br>22-CV-6440 |

Richard A. Canino, pursuant to 28 U.S.C. §1746, declares under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

1. I am employed as an Investigator with the New York State Police and am a named defendant in this action and was so employed on January 27, 2022.

2. On January 27, 2022, I participated in the execution of a Search Warrant, signed by Wayne County Court Judge Richard M. Healey, at the residence of Keenan Fisher, which was located at 424 East Main Street, #3R, Palmyra, New York.

3. I have reviewed **Exhibit A** and know it to be a true and accurate copy of the Search Warrant signed by Judge Healy.

4. The Search Warrant authorized the search for, and seizure of, assault weapons and shotguns.

5. **Exhibit B** is a copy of the ID-3(06/13) Property/Latent Lift Log which I prepared after the search of Fisher's residence. It lists a Revelation Model 300F 20 GA shotgun in case which was seized from the bedroom and a RAK 47 7.62 cal rifle SN B27035 which was seized from the hall shelf.

6. Seizure of the AK 47 and the Revelation shotgun were done in accordance with the Search Warrant which authorized the seizure of assault weapons (AK 47) and shotguns (Revelation).

December 29, 2023

RICHARD A. CANINO