# EXHIBIT A

*WAYNE COUNTY COURT*
*VILLAGE OF PALMYRA*
*WAYNE COUNTY*
*STATE OF NEW YORK*

- - - - - *SEARCH WARRANT* - - - - -

*VILLAGE OF PALMYRA*
*COUNTY OF WAYNE*
*STATE OF NEW YORK*

IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK, PURSUANT TO THE AUTHORITY OF ARTICLE 690 OF THE CRIMINAL PROCEDURE LAW OF THAT STATE.

TO: ANY SWORN MEMBER OF THE DIVISION OF STATE POLICE OF THE STATE OF NEW YORK, BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND THE FEDERAL BUREAU OF INVESTIGATION.

An Application in writing having been made before me this day by Investigator Christopher D. Bonham of the New York State Police indicating that there is reasonable cause to believe that property of a kind and character referred to in section 690.10 of the Criminal Procedure Law, and more particularly described in said application, may be found in or upon the place, premises, vehicle, person or persons described herein,

*YOU ARE HEREBY AUTHORIZED*, to execute this warrant between the hours of 6:00am and 9:00pm to search the following:



1





       The premises located at 424 East Main Street, #3R, Village of Palmyra, Wayne County, NY. The premises is located on the South side of East Main Street with the closest intersection being Clinton Street and East Main Street. The premises is described as a two-story multifamily house with a two-story garage at the rear of the residence. The building has tan wood siding

with white trim. The numbers "424" appear horizontally on the front. The garage consists of concrete block exterior with the front painted gray and a red colored roll-up door. A set of metal stairs are attached to the exterior of the west side of the garage leading to the second story apartment with "3R" appearing on the garage at the base of the stairs.

*AND*



*Keenan P. Fisher*

The person of Keenan P. Fisher, date of birth ▮▮▮▮▮▮▮▮, a white male, approximately 5 feet 8 inches tall, thin build, approximately 140 pounds, with hazel eyes and brown hair.

*AND*



*Theresa A. Krenzer*

The person of Theresa A. Krenzer, date of birth ▮▮▮▮▮▮▮▮, a white female, approximately 5 feet 4 inches tall, thin build, approximately 120 ponds, with hazel eyes and brown hair.

*AND*

3





    The entire vehicle described as a 2018 Chevrolet TRX color gray bearing NY State registration KLR4642 and vehicle identification number 3GNCJKSB2JL151681. The vehicle is registered to Theresa A. Krenzer ▮▮▮▮▮▮ of 248 Milburn St., Rochester, NY 14607.

*AND*

    YOU are further authorized to take photographs within the premises/location of

4

seized items and their surroundings.

*FOR THE FOLLOWING PROPERTY:*

Each of the listed items is of a kind or character described in CPL 690.10 – that is, each: (a) is stolen, or (b) is unlawfully possessed, or (c) has been used, or is possessed for the purpose of being used, to commit or conceal the commission of an offense, or (d) constitutes evidence or tends to demonstrate that an offense was committed or that a particular person participated in the commission of an offence of crimes described in New York State Penal Law Article 265 Criminal Possession of a Weapon, Article 400 Licenses to Carry, Possess, Repair and Dispose of Firearms and to also include:

1. Assault Weapons
2. Handguns, to include pistols and revolvers.
3. Shotguns
4. Ammunition
5. Large Capacity ammunition feeding devices
6. Documents relating to the occupancy, residency and or ownership of the premises.
7. Written records, notes, books, ledgers, documents, photographs, or receipts pertaining to the acquisition and sale/disposition of firearms, large capacity ammunition feeding devices and ammunition.
8. Written records, notes, documents or receipts pertaining to Bank accounts and Bank transactions related to the business.
9. U.S. Currency generated from unlawful acquisition and sale/disposition of assault weapons, shotguns, handguns and large capacity ammunition feeding devices.
10. Safes or lock boxes which contain such records, U.S. Currency, assault weapons, handguns, shotguns and large capacity ammunition feeding devices which may be locked and cannot be readily opened at the premises.
11. Address or telephone books, photographs, or telephone records that may identify other persons or businesses with whom a financial relationship, illicit or otherwise exists.
12. Electronic surveillance equipment to include cameras, microphones and associated recording and storage devices.
13. Electronic media for the entry/storage/retrieval or the transfer of information to computers and peripheral equipment, external/internal hard drives, telephone answering machines, cellular telephones (and chargers), computers, electronic notebooks, mass storage devices to include portable external hard drives, flash drives, thumb drives, memory cards and CD-R/DVD discs.

Authorize the search, seizure and forensic examination of any computers and peripheral equipment, external/internal hard drives, telephone answering machines, cellular telephones (and chargers), electronic notebooks, mass storage devices to include: flash drives, thumb drives, memory cards and CD-R/DVD discs seized in conjunction with the execution of these search warrants;

5

This warrant must be executed between the hours of 6:00am and 9:00pm.

This warrant must be executed not more than 10 days after the date of its issuance and shall be returned and delivered to the court, along with any property seized pursuant hereto, without unnecessary delay.

*AND YOU ARE HEREBY DIRECTED* to bring any such property seized pursuant to this Warrant before me at my office without unnecessary delay.

Dated: **January 26** 2022

Wayne County, New York

Time **9:45 A.M.**

_____
Wayne County Court Justice
Hon. Richard M. Healy
Sitting as local court

6